Shana Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3034
Fax: (510) 725-3001
E-mail: shanas@hbsslaw.com

Robert B. Carey (*pro hac vice* admission pending)
Amy M. Wilkins (SBN 215084)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Tel. (602) 840-5900
Fax. (602) 840-3012
Email: rob@hbsslaw.com
         amyw@hbsslaw.com

*Attorneys for Defendant Leslie's Poolmart, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAEFNER, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No. CV 11-02771 EMC<br><br>**NOTICE OF MOTION AND MOTION OF LESLIE'S POOLMART, INC., TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:　July 29, 2011<br>Time:　1:30 p.m.<br>Judge:　The Hon. Edward M. Chen<br>Courtroom:　C |

- 1 -

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3        PLEASE TAKE NOTICE that on July 29, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Edward M. Chen of the United States District Court for the Northern District of California, San Francisco Division, San Francisco Courthouse, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Leslie's Poolmart, Inc., will and hereby does move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss each and every claim asserted in the Complaint by plaintiff Robert Haefner. Plaintiff's Complaint fails to state a claim upon which relief may be granted against Leslie's Poolmart, Inc.

    This Motion is based upon the contemporaneously filed memorandum of points and authorities in support thereof, the declarations and exhibits filed in support thereof, all pleadings, and other papers on file in this action, any matters of which the Court may take judicial notice, and upon such oral argument as the Court may consider.

    RESPECTFULLY SUBMITTED this 21st day of June, 2011.

/s/ Amy M. Wilkins_____
Robert B. Carey (*pro hac vice* admission pending)
Amy M. Wilkins (SBN 215084)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Tel. (602) 840-5900
Fax. (602) 840-3012
Email: rob@hbsslaw.com
           amyw@hbsslaw.com

1
2
3
4
5
6
7

Shana Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave, Suite 202
Berkeley, CA  94710
Tel: (510) 725-3034
Fax: (510) 725-3001
E-mail: shanas@hbsslaw.com

*Attorneys for Defendant Leslie's Poolmart, Inc.*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

CASE NO. CV 11-02771 EMC

DEFENDANT'S NOTICE OF MOTION
AND MOTION TO DISMISS COMPLAINT