Gene J. Stonebarger (SBN 209461)
Richard D. Lambert (SBN 251148)
STONEBARGER LAW PC
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA  95630
Tel:  (916) 235-7140
Fax: (916) 235-7141
gstonebarger@stonebargerlaw.com
rlambert@stonebargerlaw.com

*Attorneys for Plaintiff Robert Haefner*

Robert B. Carey (*pro hac vice* admission pending)
Amy M. Wilkins (SBN 215084)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Tel. (602) 840-5900
Fax. (602) 840-3012
Email:  rob@hbsslaw.com
            amyw@hbsslaw.com

*Attorneys for Defendant Leslie's Poolmart, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAEFNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 11-02771 EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA** |

CASE NO.  CV 11-02771 EMC                              [PROPOSED] ORDER GRANTING
                                                                              STIPULATION TO TRANSFER VENUE

After consideration of the Stipulation to Transfer Venue to the Eastern District of California and finding good cause therein, the motion to transfer venue to the Eastern District of California is **GRANTED**.

IT IS HEREBY ORDERED that this action be transferred to the Eastern District of California.

DATED: 7/6/11   _____
THE HONORABLE EDWARD M. CHEN
U.S. DISTRICT JUDGE



- 2 -

CASE NO. CV 11-02771 EMC                    [PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA