Gene J. Stonebarger, State Bar No. 209461
Richard D. Lambert, State Bar No. 251148
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141
Email: gstonebarger@stonebargerlaw.com
       rlambert@stonebargerlaw.com

*Attorneys for Plaintiff Robert Haefner*

Robert B. Carey (*pro hac vice* admission pending)
Amy M. Wilkins (SBN 215084)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone (602) 840-5900
Facsimile (602) 840-3012
Email: rob@hbsslaw.com
       amyw@hbsslaw.com

*Attorneys for Defendant Leslie's Poolmart, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAEFNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:11-CV-01789-JAM-EFB<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE AN AMENDED COMPLAINT AND SETTING DATE TO RESPOND TO AMENDED COMPLAINT** |

/ / /

/ / /

/ / /

-1-

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff Robert Haefner and Defendant Leslie's Poolmart, Inc., through their
undersigned counsel, hereby stipulate as follows:

Plaintiff will file a First Amended Complaint in the above-entitled matter no later than August 1, 2011; and

Defendant will file a response to the First Amended Complaint no later than August 21, 2011.

Dated: July __, 2011

/s/ Gene J. Stonebarger
Gene J. Stonebarger (SBN 209461)
Richard D. Lambert (SBN 251148)
**STONEBARGER LAW**
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA  95630
Tel:  (916) 235-7140
Fax: (916) 235-7141
gstonebarger@stonebargerlaw.com
rlambert@stonebargerlaw.com

*Attorneys for Plaintiff Robert Haefner*

Dated: July __, 2011

/s/ Robert B. Carey
Robert B. Carey (*pro hac vice* admission pending)
Amy M. Wilkins (SBN 215084)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Tel. (602) 840-5900
Fax. (602) 840-3012
Email:  rob@hbsslaw.com
         amyw@hbsslaw.com

*Attorneys for Defendant Leslie's Poolmart, Inc.*

/ / /
/ / /

-2-
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED:
2
3  DATED: 7/20/2011                /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
4                                  U.S. DISTRICT COURT JUDGE

-3-
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com